UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT,

Plaintiff,

-against-

ABIGAIL BERYL FINKELMAN,

Defendant.

25-CV-7294 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 2, 2025, Plaintiff filed this declaratory judgment action against Finkelman. ECF No. 1. Rapaport seeks a declaration that he is not liable under, and that Finkelman cannot assert a claim based on, Section 70-a of the New York Civil Rights Law. *Id.* ¶ 31. On September 18, 2025, the Court stayed this action pending resolution of Finkelman's then-forthcoming sanctions motion in the related case, *Rapaport v. Finkelman*, 24-CV-5942 (JGLC) (S.D.N.Y.) ("Finkelman I"). That motion has now been resolved. *See* Finkelman I, ECF No. 104. Accordingly, by **September 18, 2026**, the parties are directed to confer and file a joint status letter updating the Court on the status of this case.

The Clerk of Court is directed to lift the stay on this action.

Dated: September 1, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge