UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br>Plaintiff,<br>-against-<br>ABIGAIL BERYL FINKELMAN,<br>Defendant. | 25-CV-7294 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Mere weeks after filing this case, Plaintiff Gideon Rapaport filed a motion for summary judgment. *See* ECF No. 7. Although Rule 56(b) of the Federal Rules of Civil Procedure permits summary judgment motions to be made "at any time," courts routinely deny motions for summary judgment as premature when little or no discovery has occurred. *See Toussie v. Allstate Ins. Co.*, 213 F. Supp. 3d 444, 445 (E.D.N.Y. 2016) (collecting cases). "It is the duty of this court under Rule 56[(d)] to ensure that the parties have been given a reasonable opportunity to make their record complete before ruling on a motion for summary judgment." *Elliott Assocs., L.P. v. Republic of Peru*, 961 F. Supp. 83, 86 (S.D.N.Y. 1997). Here, neither party has had an opportunity to develop the record. Accordingly, given the stage of litigation, Plaintiff's motion for summary judgment is DENIED as premature, without prejudice to re-file in the future.

Additionally, around the same time, Rapaport filed a motion to permit electronic case filing in this case. *See* ECF No. 4. However, Rapaport appears to have already secured that access by submitting the appropriate consent form. *See, e.g.*, ECF Nos. 3, 7–8. To the extent his motion to participate in electronic filing remains outstanding, it is GRANTED.

The Clerk of Court is directed to terminate ECF Nos. 4 and 7.

Dated: September 4, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge