The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re: *Rapaport v. Finkelman*, No. 25-cv-07294 (JGLC)**

Letter Regarding the Pending Electronic Filing Permission Motion

Your Honor:

I am writing to respectfully remind the Court that my motion for electronic filing permission is pending from prior to the entry of the now-lifted stay.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/ Gideon Rapaport
Gideon Rapaport, *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627, 1078 Summit Avenue
Jersey City, New Jersey 07307