# UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF NEW YORK

**Gideon Rapaport**
*Plaintiff*

v.

**Abigail Beryl Finkelman**
*Defendant*

Civil Action No. 1:25-cv-07294-JGLC

## AFFIDAVIT OF SERVICE

Willem Joseph, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on September 10, 2026, at 9:43 am at 111 Livingston St, Fl 7, Brooklyn, NY 11201-5078, Deponent served the within SUMMONS IN A CIVIL ACTION, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Abigail Beryl Finkelman (hereinafter referred to as "subject") by workplace substituted service by leaving the above documents at the place of business of Abigail Beryl Finkelman with Janet Scott who is the Receptionist and of suitable age and discretion. I mailed a copy of the documents via First Class Mail to 111 Livingston St, Fl 7, Brooklyn, NY 11201-5078 on September 10, 2026 (See ExhibitM1a).
My perception of the description of the individual served is as follows:
Black or African American Female, est. age 45-54, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.6915866667,-73.9898533333
Photograph: See Exhibit 1

Total Cost: $110.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Kings County,
NY on 9/10/2026.

/s/ Willem Joseph
Signature
Server Name: Willem Joseph
License#: 2133748-DCWP


Exhibit 1a)
THE
LEGAL AID
SOCIETY
7th Floor
Civil Department
8th Floor
Juvenile Rights Practice
9th Floor
Criminal Rights Practice


Exhibit 1b)
THE
LEGAL AID
SOCIETY


Exhibit 1c)
PARK
ENTER

# Mailing 1 - Service Evidence

## Exhibit M1a - Mailing Photo

