The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re: Rapaport v. Finkelman, 25-cv-07294**
**Joint Conferral Letter**

Your Honor:

We are respectfully writing to inform the Court of our conferral regarding this action as instructed.

Plaintiff raised the possibility that Defendant Finkelman could consider agreeing to specifically waive the previously threatened claims which are the subject of this declaratory judgment action. In exchange, Plaintiff proposed he would voluntarily dismiss this action.

Counsel for Defendant Finkelman has relayed the proposal to Ms. Finkelman, which she is currently considering.

No other issues were raised by either party.

Respectfully submitted,

/s/ Gideon Rapaport
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

/s/ Max Rodriguez
Max Rodriguez
Law Office of Max Rodriguez PLLC
575 5th Avenue, 14th Floor
New York, NY 10017
max@maxrodriguez.law
(646) 741-5167
*Attorney for Defendant Abigail Finkelman*