LAW OFFICE OF
MAX RODRIGUEZ

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

September 25, 2026

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

Re: *Rapaport v. Finkelman*, No. 1:25-cv-07294-JGLC

Dear Judge Clarke:

I represent Defendant Abigail Finkelman in the above-captioned action. I write to request an adjournment of: (1) the deadline to respond to the complaint in this action from October 1, 2026, to October 16, 2026, with a correspondent 15-day extension of Plaintiff's deadline to oppose any motion filed by that date; and (2) an adjournment of the pre-trial conference currently scheduled for October 20, 2026, to any date in November 2026 the Court prefers.

With respect to the deadline to respond to the complaint, for all of September until September 16, 2026, I was completely offline observing shiva and attending to family needs after the death of a close family member. In addition, upon returning to work, I have communicated with Plaintiff and with my client in an effort to confer proposals to resolve and end the parties' dispute, which would eliminate the need for any motion practice (and for my client to incur any additional fees with respect to motion practice). For both of these reasons, I respectfully submit an extension to October 16, 2026 would be appropriate.

With respect to the currently-scheduled pre-trial conference, I have a previously-scheduled international trip and will be unavailable from October 17–30, 2026.

There have been no previous requests for adjournment of the deadline to respond to the complaint, nor to adjourn the conference, which is the next and only scheduled appearance in this matter.

On September 24, 2026, I wrote to Plaintiff to request his position on the requested adjournment to the deadline to respond to the complaint, when relaying an offer for resolution. Today, Plaintiff wrote to confirm his consent to the request with the above corresponding requested extension of the deadline to extend. I realized today upon reviewing my calendar the conflict between my trip and the pre-trial conference, notified Plaintiff, and thought it appropriate to raise both issues with Your Honor now.

LAW OFFICE OF
MAX
RODRIGUEZ



Thank you for your Honor's consideration in this matter.

Respectfully,

*/s/ Max Rodriguez*
Max Rodriguez