The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** ***Rapaport v. Finkelman,* 25-cv-07294**
**Letter in Opposition To Motion for Extension of Time**

Your Honor:

I am respectfully writing in opposition to Finkelman's letter-motion (ECF No. 22) seeking a second extension of time to reply to the pleading. I was sent an email for conferral but was unable to respond within the short period set by Finkelman.

This declaratory judgment action was stayed for over one year because of the Finkelman's extensive and patently frivolous demands for a preliminary injunction and temporary restraining order, an emergency hearing, and motions for sanctions and attorney's fees, all of which were properly resolved against her. See *Rapaport v. Finkelman*, 24-cv-5942, ECF Nos. 74, 105. That history means the issues presented by this action have long been known to the defendant and have been ready for consideration, especially considering the motion for summary judgment filed by the plaintiff for fear of Finkelman's vexatious and properly rejected motion for a filing ban against the plaintiff Id. ECF No. 105.

On or about September 18, 2026, the parties negotiated and agreed upon a briefing schedule that already included a 15-day extension expressly accounting for the same personal circumstances that are claimed by Mr. Rodriguez again. See ECF Nos. 20-21. That 15-day extension was already generous and fully addressed the relevant concern. This is Finkelman's second request to extend the deadline to respond to the pleading. The original deadline was October 1, 2026; the first extension was granted to October 16, 2026. No new or changed circumstances have been identified, other than the same personal issues. See Exhibit 1.

Finkelman has not shown good cause under Fed. R. Civ. P. 6(b)(1) for a further extension. The requested additional time is particularly odd because it would push the filing closer to an already-scheduled appellate hearing that is adjacent to the proposed new deadline for the related case. No extension was sought in connection with that hearing. Further delay would diminish the utility that the Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202, is meant to offer the plaintiff in prompt clarification of the parties' rights and would be contrary to the interest of judicial efficiency. Granting a second extension would undermine the negotiated timeline. Consistent with this Court's Individual Rules, repeated requests warrant particular scrutiny.

I am prepared to consent to a one day extension, to and including October 17, 2026, as a limited accommodation. Anything beyond that is not warranted.

The Court should also consider the inconsistent position taken by the same opposing counsel. The same counsel previously refused a one day emergency second extension requested by the undersigned under more severe circumstances, when power and stable internet access were unavailable

due to extreme weather. See Exhibit 2, *Rapaport v. Finkelman*, 24-cv-5942, ECF No. 32. Opposing counsel also opposed even a first extension of time to respond to a duplicative and patently frivolous pair of motions for sanctions and attorneys' fees, which were denied on fundamental procedural grounds, which should have made it obvious to any attorney that the relief requested was impossible to grant for the procedural reasons found by the Court. See *Rapaport v. Finkelman*, 24-cv-5942, ECF Nos. 85-89, 105. This history of opposing reasonable accommodations while seeking them herself warrants careful scrutiny of the present request. Notably, opposing counsel has not provided any affidavit or exhibited evidence of the basis for the request, as they have demanded of the undersigned. See Exhibit 2 at 1.

For the foregoing reasons, I respectfully request that the Court deny Finkelman's request for a second extension of time, or, in the alternative, limit any extension to a single day.

Respectfully submitted,

/s/ Gideon Rapaport
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307