LAW OFFICE OF
MAX RODRIGUEZ

575 5th Avenue, 14th Floor
New York, NY 10017

Max Rodriguez
max@maxrodriguez.law
T 646-741-5167

MEMO ENDORSED

October 14, 2026

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

Re: *Rapaport v. Finkelman*, No. 1:25-cv-07294-JGLC

Dear Judge Clarke:

I represent Defendant Abigail Finkelman in the above-captioned action. I write to request an adjournment of the deadline to respond to the complaint in this action from October 16, 2026, to November 13, 2026, maintaining the previously-granted correspondent 15-day extension of Plaintiff's deadline to oppose any motion filed by that date. This is the second request to extend this deadline.

On Monday October 12, 2026, I experienced a family health emergency that made me unavailable to do any work, including the forthcoming motion in this case, until today. My capacity remains diminished through the rest of the week. As previously disclosed to the Court, I have a previously-scheduled international trip and will be unavailable from October 17–30, 2026, making a shorter extension not possible. This trip cannot be rescheduled.

On October 13, 2026, I emailed Plaintiff to request his position on this extension. He has not responded to my request so I am unable to relay his position. Barring extenuating personal circumstances, I do not intend to request any additional extensions of this deadline.

Thank you for your Honor's consideration in this matter.

Respectfully,

*/s/ Max Rodriguez*
Max Rodriguez

Application GRANTED. The deadline to respond to Plaintiff's Complaint in this case is extended to **November 13, 2026.** SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge

Dated: October 16, 2026
White Plains, New York