UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIDEON RAPAPORT

Plaintiff,

-against-

ABIGAIL BERYL FINKELMAN

Defendant.

25-CV-7294 (JGLC)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

JESSICA G. L. CLARKE, United States District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute: ______________________________
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _______________
- [x] Settlement
- [ ] Inquest After Default/Damages Hearing
- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: ______________________
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation).
  Particular Motion: _______________
  All such motions: _______________

Dated: November 13, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke
_______________________________

JESSICA G. L. CLARKE
United States District Judge